1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| ANDREW NORRIS,<br><br>       Plaintiff,<br><br>     v.<br><br>GLENDA ALLEN HILL, et al.,<br><br>       Defendants. | Case No. 1:18-cv-00471-LJO-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>and<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY JAIL<br><br>(ECF No. 2) |

18
19
20
21
22
23
24
25
26

     Plaintiff Andrew Norris is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has also requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

27
     In accordance with the above and good cause appearing therefore, IT IS HEREBY

28

ORDERED that:

    1.      Plaintiff's application to proceed in forma pauperis is GRANTED;

    **2.**      **The Fresno County Sheriff or her designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

    3.      The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Fresno County Jail, via the court's electronic case filing system (CM/ECF); and

    4.      The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:  __April 9, 2018__

                                UNITED STATES MAGISTRATE JUDGE